AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM D. SCOTT, JR., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | **CASE NO. 5:12-CV-614-D** |
| *Acting Commissioner of Social Security*, )<br>    Defendant. ) | |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Commissioner's motion for judgment on the pleadings [D.E. 28], DENIES Plaintiff's motion for judgment on the pleadings [D.E. 23], and AFFIRMS the Commissioner's final decision. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 20, 2014,** WITH A COPY TO:

Charlotte Hall (via CM/ECF electronic notification)
Marc D. Epstein  (via CM/ECF electronic notification)

| | |
|---|---|
| February 20, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |